John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 807716

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-61196 | 011-0 | JOHN RICHARD HARMON SR<br>Original Check written to:<br>TEXAS WORKFORCE COMMISSION<br>PAYDAY LAW<br>P O BOX 149080<br>AUSTIN, TX  78714-9080 | xxxxxxx51-6 | 0.00 | 740.89 | 0.00 | 740.89 |
| 05-61196 | 010-0 | JOHN RICHARD HARMON SR<br>Original Check written to:<br>BIRCH TELECOM<br>P O BOX 927<br>EMPORIA, KS  66801 | xx7191 | 0.00 | 650.47 | 0.00 | 650.47 |
| 05-61855 | 003-0 | JAMES HENRY NELSON<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxx3145 | 111.76 | 20.56 | 0.00 | 20.56 |